

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 99-cr-0606-GT |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING THE UNITED STATES' MOTION TO MODIFY/AMEND RECORD TO ADD REPORT OF DEPUTY U.S. MARSHAL |
| GABRIEL HUMBERTO GARCIA-OCAMPO, | ) |
| Defendant. | ) |

After considering the United States' motion to amend the record in the above-captioned case (Doc. # 78) and the opposition brief filed by defendant Gabriel Humberto Garcia-Ocampo ("Defendant") (Doc. # 79), the Court CONCLUDES the following:

1. The motion is suitable for decision without oral argument.

2. The United States timely alerted the Court in its opposition brief (Doc. # 60 at 2 n.1) that the assigned Deputy U.S. Marshal assigned to Defendant's case was unavailable at the time the Court heard Defendant's motion to dismiss the order to show cause (Doc. # 55) because he was on extended military leave.

3. By the time the Deputy U.S. Marshal became available, the Court had already ruled on Defendant's motion to dismiss the order to show cause. (Doc. # 65.)

//

//

4. But for the United States' failure to request the Court do so, the Court would have allowed the United States' to admit the report from the assigned Deputy U.S. Marshal after it became available, in further support of its opposition to Defendant's motion to dismiss the order to show cause, despite the Court having already denied the motion.

Therefore, the Court ORDERS the report of the Deputy U.S. Marshal, Exhibit # 1 of the United States' motion to amend the record (Doc. # 78), added to the record pursuant to Federal Rules of Appellate Procedure Rule 10(e)(2)(B).

IT IS SO ORDERED.

Gordon Thompson, Jr.
United States District Judge
Southern District of California

1-24-12